IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01598-NYW

DONNAMARIE D. MAEZ,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

## FINAL JUDGMENT

---

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable on Nina Y. Wang, on September 30, 2015, incorporated herein by reference, it is

     ORDERED that the Commissioner's final order is AFFIRMED IN PART, and REVERSED AND REMANDED IN PART.  It is

     FURTHER ORDERED that the matter is REMANDED to the Commissioner for further consideration of step 5 to include Plaintiff's specific mild-to-moderate limitations regarding concentration, persistence or pace .

     DATED at Denver, Colorado this 1st  day of October, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
N. Marble, Deputy Clerk